**FILED**
January 10, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:16-cr-00236-JAM
Plaintiff, )
v. )
)   ORDER FOR RELEASE OF
ALEXANDER AARON PRATT, )   PERSON IN CUSTODY
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ALEXANDER AARON PRATT, Case No. 2:16-cr-00236-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $25,000.00.

        _X_ Unsecured Appearance Bond

        ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/10/2017 at 2:20 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge