DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
e-mail: **dheller@donaldhellerlaw.com**

Attorneys for Defendant
Alexander Aaron Pratt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:16-cr-00236-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | Waiver of Personal Appearance and Order |
| v. | ) ) ) | Rule 43, Federal Rules of Criminal Procedure |
| ALEXANDER AARON PRATT, Defendant. | ) ) ) ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43, defendant Alexander Aaron Pratt hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this

-1-

Waiver of Personal Appearance NO. 2:16-cr-00236-JAM

waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to schedule dates and consent to the exclusion of time pursuant to said Act without his personal appearance.

Dated: February 14, 2017

Alexander Aaron Pratt

## ORDER

GOOD CAUSE APPEARING, Defendant Alexander Aaron Pratt, waiver of personal appearance is hereby accepted by the Court. **IT IS SO ORDERED.**

Dated: 2-14-2017

JOHN A. MENDEZ
United States District Judge

-2-

Waiver of Personal Appearance                               NO. 2:16-cr-00236-JAM