DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95825
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
e-mail: **dheller@donaldhellerlaw.com**

Attorneys for Defendant
Alexander Aaron Pratt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ALEXANDER AARON PRATT, ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. 2:16-cr-00236-JAM <br><br> Stipulation To Continue Status Conference and Excluding Time Under Speedy Trial Act;   Findings and Order <br><br> DATE: April 25, 2017 <br> TIME: 9:15 a.m. <br> COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, Samuel Wong, Assistant U.S. Attorney, and defendant, by and through defendant's counsel of record, Donald H. Heller, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 25, 2017.

2. By this stipulation, defendant now moves to continue the status conference until May 23, 2017 at 9:15 a.m., and to exclude time from the date of this stipulation, March 27, 2017,

-1-

**Stipulation to Continue Status**                                                                                         **NO. 2:16-cr-00236-JAM**

1 and the proposed new status hearing date of May 23, 2017 at 9:15 a.m., under 18 U.S.C.§
2 3161(h)(7)(A), B(iv) Local Code T4.

3     3.    The parties agree and stipulate, and request that the Court find the following:

4 The parties agree that this stipulation and proposed order provides a substantial basis for
5 the application of the provisions of the Speedy Trial Act that dictate that additional time sought
6 is excludable from the period within which a trial must commence.

7     a)    The Indictment was filed on December 15, 2016, and the defendant arraigned
8     befor the Magistrate on Janurary 10, 2017.

9     b)    Defendant is under the supervision of U.S. Pretrial Services in the State of Idaho
10     and is compliant with his conditions of release.

11     c)    Discovery was timely provided to defendant's counsel.

12     d)    Counsel for defendant desires additional time to review discovery and discuss
13     discovery with his client, investigate the facts and relevant applicable law, perhaps
14     interview witnesses, obtain and produce to the United States any mitigating evidence, and
15     engage in settlement discussions with the United States.

16     e)    Both counsel for the parties have relatively immediate other trial commitments
17     and would appreciate additional time prior to trial setting to accomplish the tasks listed
18     immediately above.

19     f)    Based on the above-stated facts: (1) the denial of the requested continuance
20     would deny defense counsel reasonable time to prepare, taking into account the exercise
21     of due diligence, and (2) , the ends of justice served by continuing the case as requested
22     outweigh the best interests of the public and the defendant in a speedy trial.

23     g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
24     et seq., within which trial must commence, the time period from the date of this
25     stipulation, March 27, 2017, and the proposed new status hearing date of May 23, 2017
26     at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
27     [Local Code T4] because it results from a continuance granted by the Court at the joint
28     request of the parties provides an adequate basis to demonstrate that ends of justice

**Stipulation to Continue Status**        **NO. 2:16-cr-00236-JAM**

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 27, 2017                    /s/ Donald Heller
                                          _____
                                          DONALD HELLER
                                          Attorney for defendant
                                          Alexander Pratt


Dated:  March 27, 2017                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ Samuel Wong
                                   By:    _____
                                          SAMUEL WONG
                                          Assistant United States Attorney


## ORDER

The Court having received, reviewed, and considered the stipulation of the parties, and GOOD CAUSE APPEARING therefrom, the Court adopts the stipulation and proposed findings of the parties in their entirety as its Order.

**IT IS SO ORDERED.**

Dated:  3/28/2017                         /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          United States District Court Judge