| | |
|---|---|
| 1 | DONALD H. HELLER, SBN 55717 |
| 2 | DONALD H. HELLER, |
| | A Law Corporation |
| 3 | 3638 American River Drive |
| 4 | Sacramento, CA 95825 |
| | Telephone: (916) 974-3500 |
| 5 | Facsimile: (916) 520-3497 |
| | e-mail: **dheller@donaldhellerlaw.com** |
| 6 | |
| 7 | Attorneys for Defendant |
| | Alexander Aaron Pratt |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:16-cr-00236-JAM |
| | ) | |
| Plaintiff, | ) | Amended Stipulation To Continue Status |
| | ) | Conference and Excluding Time Under |
| | ) | Speedy Trial Act;  Findings and Order |
| v. | ) | |
| | ) | DATE: May 23, 2017 |
| ALEXANDER AARON PRATT, | ) | TIME: 9:15 a.m. |
| Defendant. | ) | COURT: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

    Plaintiff United States of America, by and through its counsel of record, Samuel Wong, Assistant U.S. Attorney, and defendant, by and through defendant's counsel of record, Donald H. Heller, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on May 23, 2017.

    2.    By this stipulation, defendant now moves to continue the status conference until July 11, 2017 at 9:15 a.m., and to exclude time from the date of this stipulation, May 22, 2017,

1  and the proposed new status hearing date of July 11, 2017, under 18 U.S.C.§ 3161(h)(7)(A),
2  B(iv) Local Code T4.
3     3. The parties agree and stipulate, and request that the Court find the following:
4  The parties agree that this stipulation and proposed order provides a substantial basis for
5  the application of the provisions of the Speedy Trial Act that dictate that additional time sought
6  is excludable from the period within which a trial must commence.

    a) The Indictment was filed on December 15, 2016, and the defendant arraigned befor the Magistrate on Janurary 10, 2017.

    b) Defendant is under the supervision of U.S. Pretrial Services in the State of Idaho and is compliant with his conditions of release.

    c) Discovery was timely provided to defendant's counsel.

    d) Counsel for defendant desires additional time to review discovery and discuss discovery with his client, discuss settlement options with his client, and continue to obtain mitigating evidence as to punishment as well as engage in settlement discussions with the United States.

    e) Both counsel for the parties have relatively immediate other trial commitments and would appreciate additional time prior to trial setting to accomplish the tasks listed immediately above. Additionally, Mr. Heller is preparing to retry a vehicular manslaughter case in the Superior Court for the County of Alameda which ended in a hung jury on February 8, 2017, which commences on June 26, 2017, and has just received the trial transcript of the first trial for review.

    f) Based on the above-stated facts: (1) the denial of the requested continuance would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, and (2), the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation, May 22, 2017, and the proposed new status hearing date of July 11, 2017,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the joint request of the parties provides an adequate basis to demonstrate that ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 22, 2017 /s/ Donald Heller
_____
DONALD HELLER
Attorney for defendant
Alexander Pratt

Dated: May 22, 2017 PHILLIP A. TALBERT
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant United States Attorney

## ORDER

The Court having received, reviewed, and considered the stipulation of the parties, and GOOD CAUSE APPEARING therefrom, the Court adopts the stipulation and proposed findings of the parties in their entirety as its Order.

**IT IS SO ORDERED.**

Dated: 5/22/2017 /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge