DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
e-mail: **dheller@donaldhellerlaw.com**

Attorneys for Defendant
Alexander Aaron Pratt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:16-cr-00236-JAM |
| Plaintiff, | Stipulation To Continue Status Conference and Excluding Time Under Speedy Trial Act; Findings and Order |
| v. | DATE: July 11, 2017 |
| ALEXANDER AARON PRATT, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, Samuel Wong, Assistant U.S. Attorney, and defendant, by and through defendant's counsel of record, Donald H. Heller, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 11, 2017.

2. By this stipulation, defendant now moves to continue the status conference until September 26, 2017 at 9:15 a.m., and to exclude time from the date of this stipulation, July 10,

1  2017, and the proposed new status hearing date of September 26, 2017 at 9:15 a.m., under 18
2  U.S.C.§ 3161(h)(7)(A), B(iv) Local Code T4.
3     3.      The parties agree and stipulate, and request that the Court find the following:
4  The parties agree that this stipulation and proposed order provides a substantial basis for
5  the application of the provisions of the Speedy Trial Act that dictate that additional time sought
6  is excludable from the period within which a trial must commence.
7      a)      The Indictment was filed on December 15, 2016, and the defendant arraigned
8      befor the Magistrate on Janurary 10, 2017.
9      b)      Defendant is under the supervision of U.S. Pretrial Services in the State of Idaho
10      and is compliant with his conditions of release.
11      c)      Discovery was timely provided to defendant's counsel.
12      d)      Counsel for defendant desires additional time to review discovery and discuss
13      discovery with his client, discuss settlement options with his client, and continue to
14      obtain mitigating evidence as to punishment as well as engage in settlement discussions
15      with the United States.
16      e)      Both counsel for the parties have relatively immediate other trial commitments
17      and would appreciate additional time prior to trial setting to accomplish the tasks listed
18      immediately above. Additionally, Mr. Heller has been engaged in the preparation for a
19      and the trial of a vehicular manslaughter jury trial in the Superior Court for the County of
20      Alameda which commenced on 26, 2017, and ended in a verdict on July 3, 2017.
21      f)      Based on the above-stated facts: (1) the denial of the requested continuance
22      would deny defense counsel reasonable time to prepare, taking into account the exercise
23      of due diligence, and (2) , the ends of justice served by continuing the case as requested
24      outweigh the best interests of the public and the defendant in a speedy trial.
25      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
26      et seq., within which trial must commence, the time period from the date of this
27      stipulation, July 10, 2017, and the proposed new status hearing date of September 26,
28      2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

B(iv) [Local Code T4] because it results from a continuance granted by the Court at the joint request of the parties provides an adequate basis to demonstrate that ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 10, 2017 /s/ Donald Heller

DONALD HELLER
Attorney for defendant
Alexander Pratt

Dated: July 10, 2017 PHILLIP A. TALBERT
United States Attorney

By: /s/ Samuel Wong

SAMUEL WONG
Assistant United States Attorney

## ORDER

The Court having received, reviewed, and considered the stipulation of the parties, and GOOD CAUSE APPEARING therefrom, the Court adopts the stipulation and proposed findings of the parties in their entirety as its Order.

**IT IS SO ORDERED.**

Dated: 7/10/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

**Stipulation to Continue Status** **NO. 2:16-cr-00236-JAM**