PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-236-GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ALEXANDER AARON PRATT, | |
| Defendant. | Date: September 26, 2017<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Alexander Aaron Pratt, on the other hand, through their respective undersigned attorneys, that the presently set September 26, 2017, at 9:15 a.m., status conference hearing shall be continued by the Court to November 21, 2017, at 9:15 a.m., to allow defense counsel additional time to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare client's defense.

In addition, defense counsel is unavailable to work on the instant case for a substantial period of time as he has to work on another case to complete discovery, including the taking of several depositions, before the October 15, 2017, discovery cutoff; and otherwise prepare for trial and participate in a trial in this other case scheduled to start on October 31, 2017, and anticipated to last until the second week in November 2017.

1
STIPULATION & ORDER CONTINUING TCH

| | |
|---|---|
| 1 | The parties agree and request the Court find that: (1) the failure to grant this requested |
| 2 | continuance would deny defense counsel reasonable time necessary for effective preparation, taking |
| 3 | into account the exercise of due diligence and deny defendant continuity of counsel; and (2) the |
| 4 | ends of justice served by continuing the case as requested outweigh the best interests of the public |
| 5 | and the defendant in a speedy trial. |
| 6 | The parties further agree and request that the Court order for the purpose of computing time |
| 7 | under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must |
| 8 | commence, the time period from the date of this stipulation, September 22, 2017, to and including |
| 9 | the November 21, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. |
| 10 | § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare |
| 11 | his client's defenses and allow defendant continuity of counsel. |

Dated: September 22, 2017    */s/ Donald Heller*
_____
DONALD HELLER
Attorney for defendant
Alexander Aaron Pratt
(Per email authorization)


Dated: September 22, 2017    PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
By: _____
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is |
| 4 | hereby ORDERED that the presently set September 26, 2017, at 9:15 a.m., status conference |
| 5 | hearing shall be continued to November 21, 2017, at 9:15 a.m. |
| 6 | Based on the representations of the parties in their stipulation, the Court finds that: (1) |
| 7 | the failure to grant this requested continuance would deny defense counsel reasonable time |
| 8 | necessary for effective preparation, taking into account the exercise of due diligence and deny |
| 9 | defendant continuity of counsel; and (2) the ends of justice served by continuing the case as |
| 10 | requested outweigh the best interests of the public and the defendant in a speedy trial. |
| 11 | The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, |
| 12 | 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from |
| 13 | the date of the parties' stipulation, September 22, 2017, to and including the November 21, 2017, |
| 14 | status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and |
| 15 | Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defenses |
| 16 | and allow defendant continuity of counsel. |
| 17 | IT IS SO ORDERED. |

Dated: 9/22/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge