PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-236-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ALEXANDER AARON PRATT, | |
| Defendant. | Date: November 21, 2017<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Alexander Aaron Pratt, on the other hand, through their respective undersigned attorneys, that the presently set November 21, 2017, at 9:15 a.m., status conference hearing shall be continued by the Court to December 12, 2017, at 9:15 a.m., to allow defense counsel additional time to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare client's defense.

As additional detail, defense counsel, Donald Heller, Esq., is unavailable to work on the instant case for a substantial period of time as Mr. Heller has been engaged in several complex cases one of which is still in a continued trial in Colusa, California. Mr. Heller and Assistant United States Attorney Samuel Wong have had several recent and continuing discussions of a settlement and Mr. Heller needs to spend some time with his client who resides in the State of Idaho to explain and

1
STIPULATION & ORDER CONTINUING TCH

review the case with his client and available options. From Mr. Heller's perspective, additional time is required to accomplish his obligation to his client in respect to a negotiated plea agreement.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and deny defendant continuity of counsel; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, November 15, 2017, to and including the December 12, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defenses and allow defendant continuity of counsel.

Dated: November 15, 2017         */s/ Donald Heller*
                                 _____
                                 DONALD HELLER
                                 Attorney for defendant
                                 Alexander Aaron Pratt
                                 (Per email authorization)


Dated: November 15, 2017         PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Samuel Wong*
                          By:    _____
                                 SAMUEL WONG
                                 KEVIN KHASIGIAN
                                 Assistant United States Attorneys

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set November 21, 2017, at 9:15 a.m., status conference hearing shall be continued to December 12, 2017, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and deny defendant continuity of counsel; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, November 15, 2017, to and including the December 12, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defenses and allow defendant continuity of counsel.

IT IS SO ORDERED.

Dated: November 15, 2017

**/s/ JOHN A. MENDEZ**
JOHN A. MENDEZ
United States District Judge