MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-236-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ALEXANDER AARON PRATT, | |
| Defendant. | Date: January 30, 2018<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Alexander Aaron Pratt, on the other hand, through their respective undersigned attorneys, that the presently set January 30, 2018, at 9:15 a.m., status conference hearing shall be continued by the Court to February 27, 2018, at 9:15 a.m., to allow defense counsel additional time to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss with counsel's client potential pretrial resolution, and otherwise prepare client's defense.

As additional detail, the United States has tendered a written plea agreement to defense counsel, Donald Heller, Esq. Mr. Heller needs to spend some time with his client who resides in the State of Idaho to explain and review the case with his client and available options. However, both Pratt and one of his children have contracted influenza and are very sick at this time. From the defense perspective, additional time is required for: (1) Pratt (and anyone else in his household who

STIPULATION & ORDER CONTINUING TCH

1

1 | has or might contract influenza for whom he must provide care) to recover from this illness before
2 | Pratt can travel from Idaho to California; (2) Pratt to meet with Mr. Heller so that Mr. Heller can
3 | fully explain the negotiated plea agreement; and (3) Pratt to attend court to enter his guilty plea, if
4 | that is what Pratt wants to do.

The parties agree and request the Court find that: (1) defendant Pratt is unavailable for trial within the meaning of 18 U.S.C. § 3161(h)(3)(A) and (B) and Local Rule M due to his illness and the illness of those members of his household for whom he must provide care; (2) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 25, 2018, to and including the February 27, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C.

///
///
///

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          2

§ 3161(h)(3)(A) and (B), and Local Code M as defendant Pratt is unavailable for trial as explained above, and 18 U.S.C. § 3161(h)(7)(A) and B(iv), and Local Code T4 to allow defense counsel reasonable time to prepare his client's defenses.

Dated: January 25, 2018  */s/ Donald Heller*

DONALD HELLER
Attorney for defendant
Alexander Aaron Pratt
(Per telephone authorization)

Dated: January 25, 2018  MCGREGOR W. SCOTT
United States Attorney
*/s/ Samuel Wong*

By:

SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 30, 2018, at 9:15 a.m., status conference hearing shall be continued to February 27, 2018, at 9:15 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) defendant Alexander Aaron Pratt is unavailable for trial within the meaning of 18 U.S.C. § 3161(h)(3)(A) and (B) and Local Rule M due to his illness and the illness of those members of his household for whom he must provide care; (2) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, January 25, 2018, to and including the February 27, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § § 3161(h)(3)(A) and (B), and Local Code M as defendant Pratt is unavailable for trial as explained in the parties' stipulation, and 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare his client's defenses.

IT IS SO ORDERED.

Dated: January 26, 2018

/s/ JOHN A. MENDEZ
JOHN A. MENDEZ
United States District Court Judge

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          4