1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
   Facsimile: (916) 520-3497
5  E-Mail: dheller@donaldhellerlaw.com

6  Attorneys for Defendant
7  Alexander Aaron Pratt

8
                    UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA              Case No.  2:16-cr-00236-JAM

13           Plaintiff,

14                                        STIPULATION AND ORDER TO
                                          VACATE AND CONTINUE JUDGMENT
15      vs.                               AND SENTENCING

16
    ALEXANDER AARON PRATT,
17
             Defendant.
18

19

20

21       Plaintiff, United States of America, by and through its counsel, Assistant United

22  States Attorney Samuel Wong, Esq., and defendant Alexander Aaron Pratt, by and

23  through his attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the

24  existing date for Judgment and Sentencing of May 22, 2018, and to continue Judgment

25  and Sentencing to November 6, 2018 at 9:15 a.m. The reason for the continuance is to

26  permit the parties to present additional information to the Court for sentencing purposes.

27
28       The parties to this stipulation request this Court to accept and adopt this

                                        1
                                                  Case No. 2:16-cr-00236-JAM.

stipulation.

Dated: May 14, 2018                    */s/ Donald H. Heller*

_____
DONALD H. HELLER
Attorney for Defendant
Alexander Aaron Pratt

McGREGOR W. SCOTT
United States Attorney

By: */s/ Samuel Wong by Donald Heller with authorization*

_____
SAMUEL WONG
Assistant U.S. Attorney
Attorney for the Government

## ORDER

Based on the representations and stipulation of Counsel, **IT IS HEREBY ORDERED** that:

1.    The Judgment and Sentencing Hearing for defendant Alexander Aaron Pratt on May 22, 2018, is VACATED; and,

2.    Judgment and Sentencing for defendant Alexander Aaron Pratt is reset for November 6, 2018 at 9:15 a.m.

**IT IS SO ORDERED**.

Dated:  5/15/2018

 /s/ John A. Mendez_____ _____
JOHN A. MENDEZ
United State District Court Judge

2