M. JARED FAVERO, #270426
Favero Law
2233 Park Towne Circle,
Sacramento, California  95825
Telephone:  (916) 709-1408
Attorney for Alexander Pratt

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>ALEXANDER PRATT,<br><br>               Defendants. | CASE NO.  2:16-CR-00236 JAM<br><br>STIPULATION & ORDER CONTINUING JUDGMENT AND SENTENCING OF **DEFENDANT ALEXANDER PRATT**<br><br>OLD DATE: October 15, 2019 at 9:15 a.m.<br><br>NEW DATE:  March 10, 2020 at 9:15 a.m. |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing on **October 15, 2019**.

2. By this stipulation, the United States of America ("government") and defendant Alexander Pratt now move to continue the judgment and sentencing until **March 10, 2020, at 9:15 a.m.**, on the basis of the complexity of this case, sentencing may be modified and both parties are still working toward an appropriate modification. Additionally, defense counsel was just inserted into the case and needs further time to meet with client in order to prepare for sentencing.

3. The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date and has no objection.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 7, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ KEVIN C. KHASIGIAN<br>KEVIN C. KHASIGIAN<br>Assistant United States Attorney |
| Dated: October 7, 2019 | /s/ M. Jared Favero<br>(authorized on October 7, 2019)<br>M. JARED FAVERO<br>Counsel for Defendant<br>ALEXANDER PRATT |

**ORDER**

Upon review and consideration of the stipulation of the government and defendant Alexander Pratt, IT IS HEREBY ORDERED that:

1. Judgment and sentencing of defendant Alexander Pratt is continued to March 10, 2020, at 9:15 a.m.

IT IS SO ORDERED.

DATED: October 8, 2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE